UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-20404-CR-MOORE

UNITED STATES OF AMERICA,
   Plaintiff,

v.

JUAN CARLOS BERNANCE,
   Defendant,

   and

FEDERATED FUNDS,
   Garnishee.
_____/

### ORDER DIRECTING GARNISHEE TO DEPOSIT MONEY IN COURT'S RESTITUTION FUND, FOR PAYMENT OF RESTITUTION PURSUANT TO WRIT OF GARNISHMENT

  This cause came before the Court upon Plaintiff, the United States of America's Motion, pursuant to 28 U.S.C. §3205(c)(7), to direct the Garnishee, Federated Funds, to deposit into the Court's restitution fund, the assets identified in its Answer to the Writ of Garnishment previously issued in this action. The Court has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** that the motion is **GRANTED**.

The Garnishee named in the caption is hereby directed to pay the Clerk of the Court by cashier's check made payable to "U.S. COURTS", the sums identified in its Answer to the Writ of Garnishment previously issued in this action, plus any accrued interest or earnings but subject to any required witholding occasioned by the redemption of Defendant's IRA, for application toward the payment of the outstanding restitution judgment imposed against Defendant Juan Carlos Bernance in this case. Upon receipt of the funds, the Clerk of the Court shall apply the funds towards payment of the  outstanding restitution judgment imposed on Defendant Juan Carlos Bernance in this action.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of March ,2011.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE